*Murray* for the City of St. Paul et al.; and *David J. Young* for Archbishop and Bishops of the Six Dioceses in Ohio, certain real parties in interest.

No. 1028. VICK ET AL. *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. *Fred M. Winner* for petitioners.

No. 1051. FORREST *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Calvin W. Breit* for petitioner. *Jefferson B. Brown* for respondent.

No. 1073. KOZAK *v.* KOZAK. App. Ct. Ill., 1st Dist. Certiorari denied. *Franklin J. Kramer* for petitioner. *Burton Y. Weitzenfeld* for respondent.

No. 1102. WESTERN TREE FARMS, INC., ET AL. *v.* HOOD RIVER COUNTY. Sup. Ct. Ore. Certiorari denied. *Ervin W. Potter* for petitioners.

No. 1056. BOOTH ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Guy B. Scott, Jr.,* for petitioners. *Solicitor General Griswold* for the United States.

No. 762, Misc. PAGAN-CRUZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Manuel Nelson Zapata* for petitioner. *Eugene Gold* and *Harold M. Brown* for respondent.

No. 1283, Misc. FERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.